CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
November 26, 2025
Laura A. Austin, Clerk
BY: /s/ K. Lokey
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MICHAEL REDWINE,<br>                      *Plaintiff,*<br>v.<br>THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA, *et al.*,<br>                      *Defendants.* | CASE NO. 3:25-cv-00017<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

Plaintiff Michael Redwine brings this suit against The Rector and Visitors of the University of Virginia (UVA) and three of its employees, Sue Galloway, Reba Childress, and Jill Melton. Dkt. 7. Defendants move to dismiss the amended complaint for failure to state a claim. Dkt. 16. For the reasons set forth in the Court's accompanying opinion, the Court hereby **GRANTS** Defendants' Motion to Dismiss. *Id.* Redwine's amended complaint is **DISMISSED with prejudice** as to Counts I and III and **without prejudice** as to Counts II and IV. Dkt. 7. The Court further **DISMISSES AS MOOT** Dkts. 25 and 29.

It is so **ORDERED**.

The Clerk of the Court is directed to send a copy of this Order to all counsel of record.

Entered this  26th  day of November, 2025.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

– 1 –